**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1284**

─────────────

MELANIE L. FEIN,

Plaintiff - Appellant,

versus

AMERICAN LAWYER MEDIA, INCORPORATED; NEW YORK
LAW PUBLISHING COMPANY,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-00-1832-A)

─────────────

Submitted:  April 12, 2001          Decided:  April 18, 2001

─────────────

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Melanie L. Fein, Appellant Pro Se.  Lorin L. Reisner, DEBEVOISE & PLIMPTON, New York, New York, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melanie Fein appeals the district court's order dismissing one of several claims and refusing her request for punitive damages in this action alleging breach of contract, fraud, and other wrongs. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant Appellees' motion to dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED